**Order entered February 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00127-CV

### IN RE CLEVELAND NIXON, Relator

**Original Proceeding from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F11-21243-X**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/ ELIZABETH LANG-MIERS
   JUSTICE